# IN THE SUPREME COURT OF THE STATE OF NEVADA

TARA LYNN HORST,
               Appellant,
       vs.
THE STATE OF NEVADA,
               Respondent.

No. 81150

**FILED**

MAY 2 9 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S.Young
    DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a judgment of conviction. Eighth Judicial District Court, Clark County; Valerie Adair, Judge.

This court's preliminary review of this appeal reveals a jurisdictional defect. Specifically, the district court entered the judgment of conviction on November 26, 2019. Appellant did not file the notice of appeal, however, until April 9, 2020, well after the expiration of the 30-day appeal period prescribed by NRAP 4(b). "[A]n untimely notice of appeal fails to vest jurisdiction in this court." *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994). Accordingly, we conclude that we lack jurisdiction to consider this appeal, and we

ORDER this appeal DISMISSED.

                                 , J.
                Parraguirre

_____, J.           _____, J.
Hardesty                      Cadish

20-20359

cc: Hon. Valerie Adair, District Judge
Tara Lynn Horst
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A